

# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

February 11, 2015

John L. Owen
Assistant District Attorney
501 S. Fillmore, Suite 5A
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

Brooks Barfield Jr.
BARFIELD LAW FIRM
P. O. Box 308
Amarillo, TX 79105-0308
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-14-00247-CR, 07-14-00248-CR
Trial Court Case Number: 58709-E, 61097-E

**Style:** Maurice Sean White v. The State of Texas

Dear Counsel:

Pursuant to TEX. R. APP. P. 39.1, the above styled and numbered cause will be submitted without oral argument on March 04, 2015.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK